MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. BESSIE-LOUISE BANE and LOUISE BANE, an Infant.— Motion for leave to appeal to the Court of Appeals

denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.